UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE BERNHARDT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:21 CV 870 RWS |
| CITY OF ST. LOUIS, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

In the interests of justice, *see* Fed. R. Civ. P. 15(a)(2),

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend [50] is granted, and plaintiffs' second amended complaint is deemed filed as of this date.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss [32] is denied without prejudice as it was directed to the first amended complaint.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2022.